# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Lastreto II, Rene | 2. Court or Organization<br><br>U.S. Bankruptcy Court Eastern District of California | 3. Date of Report<br><br>05/10/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge-Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Robert E. Coyle United States Courthouse
2500 Tulare St., Suite 2501
Fresno, CA 93721

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Board of Directors | Bullard Meadows HOA. See note in Part VIII. |
| 2. | Ex Officio Member Board of Directors | San Joaquin Valley Federal Bar Association |
| 3. | Committee Member | National Conference of Bankruptcy Judges-Newsletter Committee |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2015 | Deferred Compensation Agreement with Lang, Richert & Patch (no control). See note in Part VIII |
| 2. | 2015 | Repayment of Deferred Salary from Lang, Richert & Patch(no control). See note in Part VIII. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lastreto II, Rene | 05/10/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Final settlement of deferred compensation and salary claims against former law firm: Lang, Richert & Patch | $55,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/08/2017-10/11/2017 | Las Vegas, NV | Committee work (Newsletter) | Travel Reimbursement |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lastreto II, Rene** | 05/10/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lastreto II, Rene | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of the West-accounts | A | Interest | M | T | | | | | |
| 2. Lincoln Annuity-variable | | | | | | | | | |
| 3. --LVIP Global Growth Alloocation Managed Risk Fund | B | Dividend | L | T | | | | | |
| 4. Franklin Income Fund-"A" | A | Dividend | J | T | | | | | |
| 5. IRA # 1 | | | | | | | | | |
| 6. --FMC Corp (common) | A | Dividend | | | Sold | 05/26/17 | K | A | |
| 7. --Smart & Final Stores (common) | | None | J | T | | | | | |
| 8. --Goldman Sachs Bank USA(cash) | | None | J | T | | | | | |
| 9. Principal Universal Life Insurance | A | Dividend | J | T | | | | | |
| 10. Lang, Richert & Patch 401K | | | | | | | | | |
| 11. --FMT/Vanguard GNMA | | None | | | Sold | 02/10/17 | J | A | |
| 12. --FMT US Inflation Protected Securities | | None | | | Sold | 02/10/17 | J | A | |
| 13. --FMT US Bond Market Index | | None | | | Sold | 02/10/17 | J | A | |
| 14. --FMT/Vanguard Wellesley Income | | None | | | Sold | 02/10/17 | J | A | |
| 15. --FMT Large Cap Intrinsic Value (WellsCap) | | None | | | Sold | 02/10/17 | J | A | |
| 16. --FMT/American Funds Growth Fund of America | | None | | | Sold | 02/10/17 | J | A | |
| 17. --FMT Mid Cap Diversified Value | | None | | | Sold | 02/10/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lastreto II, Rene | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --FMT US Mid Cap Growth Index | | None | | | Sold | 02/10/17 | J | A | |
| 19. --FMT/American Funds Europacific | | None | | | Sold | 02/10/17 | J | A | |
| 20. --FMT/First Eagle Gold Fund | | None | | | Sold | 02/10/17 | J | A | |
| 21. --FMT/SPDR Health Care Sector ETF | | None | | | Sold | 02/10/17 | J | A | |
| 22. IRA #2 | | | | | | | | | |
| 23. --Am. Funds Capital Income Builder-A | E | Int./Div. | K | T | | | | | |
| 24. --Am. Funds Capital World Growth & Income Fund-A | E | Int./Div. | K | T | | | | | |
| 25. --Am. Funds Growth Fund of America | E | Int./Div. | K | T | | | | | |
| 26. Rollover IRA | | | | | | | | | |
| 27. --Blackrock Global Allocation CL A | A | Dividend | K | T | | | | | |
| 28. --American Europacific Growth Class F1 | A | Dividend | K | T | | | | | |
| 29. --Fidelity Contrafund | A | Dividend | L | T | | | | | |
| 30. --Harbor Capital Appreciation INSTL | A | Dividend | M | T | | | | | |
| 31. --IShares Russell Midcap Growth | A | Dividend | K | T | | | | | |
| 32. --MFS Value Class A | B | Dividend | M | T | | | | | |
| 33. --Metropolitan West Total Return Class I | B | Dividend | L | T | Sold (part) | 03/03/17 | K | A | |
| 34. --American Smallcap World Class F1 | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lastreto II, Rene** | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Templeton Global Bond Advisor Class | B | Dividend | K | T | | | | | |
| 36. --Thornburg LTD Term Income Class 1 | B | Dividend | L | T | | | | | |
| 37. --Vanguard Index FDS Vanguard total STK | B | Dividend | L | T | | | | | |
| 38. --PIMCO Real Return | B | Dividend | L | T | Buy | 03/21/17 | L | | |
| 39. --Bank of China (cash) X | A | Interest | J | T | | | | | Note in Part VIII |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lastreto II, Rene | 05/10/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, P. 1 line 1- Residence changed in November 2017.  Filer resigned as a board member in September 2017.  This entry will not appear in future reports.

Part II, P. 1 line 1 - Filer's former law firm settled filer's claims which is reported in Part III.  This entry will no longer appear in future reports.

Part II P. 1 line 2 - Filer's former law firm settled filer's claims which is reported in Part III.  This entry will no longer appear in furture reports.

Part VII P. 6 line 39 - Cash used to acquire position in 2018.  This entry will no longer appear in future reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rene Lastreto II**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544